UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES WRIGHT,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF VALLEJO,<br><br>            Defendant. | Case No. 12-cv-03473 NC<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 3 |

Plaintiff Charles Wright moves to proceed in forma pauperis. Dkt. No. 3. The motion is GRANTED. The United States Marshal is ordered to serve the defendant in accordance with Federal Rule of Civil Procedure 4(c)(3).

IT IS SO ORDERED.

Date: July 3, 2012

Nathanael M. Cousins
United States Magistrate Judge